IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PATRICK F. CROLL, | § | |
| | § | No. 669, 2015 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID Nos. 0801001836 and |
| Plaintiff Below- | § | 0803007023 |
| Appellee. | § | |

Submitted: December 28, 2015
Decided: March 2, 2016

Before **STRINE**, Chief Justice; **VAUGHN**, and **SEITZ**, Justices.

## ORDER

This 2nd day of March 2016, upon consideration of the appellant's opening brief, the State's motion to affirm, and the record, the Court concludes that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned decision dated November 20, 2015. The Superior Court did not err in concluding that the appellant's second motion for postconviction relief was procedurally barred and that the motion failed to satisfy the pleading requirements of Rule 61(d)(2) in order to overcome the procedural hurdles.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice